```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CARLOS TERON,

                Plaintiff,

-against-

BOZZUTO'S, INC. and RICKEY ELGIN POTEETE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2025

25 Civ. 4451 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The Court has been advised that Plaintiff intends to contest removal of this matter. Accordingly,

1. By **June 30, 2025**, Plaintiff shall file his motion to remand;
2. By **July 28, 2025**, Defendants shall file their opposition; and
3. By **August 11, 2025**, Plaintiff shall file his reply, if any.

    SO ORDERED.

Dated: June 2, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge