UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS TERON,

                   Plaintiff,

        -against-

BOZZUTO'S, INC. and RICKEY ELGIN POTEETE,

                   Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2026_____

25 Civ. 4451 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The Court has reviewed the parties' status updates at ECF Nos. 11 and 13.  By **January 19, 2026,** former counsel for Plaintiff, attorney Anthony Mangona, shall provide a further update in this matter.  The update shall address (1) whether he is aware of whether an estate for Plaintiff has been or will be created; and (2) what efforts, if any, have been made to inform Plaintiff's next of kin or other family member(s) about this lawsuit.

       SO ORDERED.

Dated: January 12, 2026
      New York, New York

_____

ANALISA TORRES
United States District Judge